**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                  January 20, 2011
Courtroom Deputy:      J. Chris Smith
FTR Technician:        Kathy Terasaki

_____

Civil Action No. 10-cv-02081-RPM

| | |
|---|---|
| DEAN MITCHELL, | John R. Olsen |
|     Plaintiff, | |
| v. | |
| EMILY GRIFFITH OPPORTUNITY SCHOOL, | M. Brent Case |
| DENVER PUBLIC SCHOOLS and | Benjamin T. Figa |
| VOCATIONAL TEACHERS FEDERATION OF DENVER LOCAL 203, | |
|     Defendants. | |

_____

### COURTROOM MINUTES
_____

**Hearing on Motion to Dismiss**

**9:57 a.m.     Court in session.**

Court's preliminary remarks.

Mr. Olsen answers questions asked by the Court.

**ORDERED:** Plaintiff's Motion for Enlargement of Time to File Plaintiff's Opposition To, and Partial Confession Of, Denver Public Schools' Motion to Dismiss, filed 1/19/2011 [9], is granted.

**Mr. Olsen states plaintiff agrees to dismiss defendant Emily Griffith Opportunity School** as not an entity that can be sued.

**ORDERED:     Defendant Emily Griffith Opportunity School is dismissed.**

Argument by Mr. Olsen [5].

Mr. Olsen states plaintiff anticipates plaintiff obtaining substitute counsel.

January 20, 2011
10-cv-02081-RPM

10:12 a.m.	Argument by Mr. Case.

Court states it agrees with defendant regarding the insufficiency of the complaint and that more facts need to be pleaded.

**ORDERED:	Denver Public Schools' Motion to Dismiss, filed October 29, 2010 [5], is granted with respect to the First, Second and Third Claim for Relief.**

**ORDERED:	Plaintiff permitted leave to file an amended complaint by February 22, 2011.**

Court suggest that defendant wait to file its dispositive motion with respect to plaintiff's fourth claim for relief until after the filing of the amended complaint.

**10:20 a.m.	Court in recess.**

Hearing concluded.  Total time: 23 min.