IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-02081-RPM

DEAN MITCHELL,

    Plaintiff,
v.

EMILY GRIFFITH OPPORTUNITY SCHOOL;
DENVER PUBLIC SCHOOLS; and
VOCATIONAL TEACHERS' FEDERATION OF DENVER, LOCAL 203,

    Defendants.

_____

ORDER FOR DISMISSAL OF EMILY GRIFFITH OPPORTUNITY SCHOOL
_____

Pursuant to the hearing today and for the reasons stated by the Court, it is

ORDERED that the complaint against Defendant Emily Griffith Opportunity School is dismissed.

DATED:   January 20th, 2011

                          BY THE COURT:

                          s/Richard P. Matsch
                          _____
                          Richard P. Matsch, Senior Judge