IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-02081-RPM

DEAN MITCHELL,

    Plaintiff,
v.

DENVER PUBLIC SCHOOLS and
VOCATIONAL TEACHERS' FEDERATION OF DENVER, LOCAL 203,

    Defendants.

**Minute Order Entered by Senior Judge Richard P. Matsch:**

s/M. V. Wentz, Secretary

    Plaintiff's Motion to File First Amended Complaint [12] is granted and the First Amended Complaint attached thereto is accepted for filing.

DATED: February 25, 2011